## HAROLD W. RILEY, JR. v. MARY L. RILEY.

162 N. W. (2d) 723.

November 29, 1968—No. 40974.

*Meier, Kennedy & Quinn,* for appellant.
*Roy A. Schwappach,* for respondent.

PER CURIAM.

The members of the court being equally divided, the order of the lower court is affirmed without opinion. No costs or disbursements are allowed any party.

Affirmed.